DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**DENISE C. FIELD, UNKNOWN SPOUSE OF DENISE C. FIELD,** and
**UNKNOWN OCCUPANTS,**

Appellants,

v.

**U.S. BANK, N.A.,** as Trustee, on Behalf of the Holders of the J.P. Morgan
Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through
Certificates, Series 2006-WMC4,

Appellee.

No. 4D17-2885

[November 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE16001992.

Denise Field, Deerfield Beach, pro se.

Sarah T. Weitz of Weitz & Schwartz, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***